# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * * * * * *
ANGELINE KHAN,                          *
on behalf of A.K., a minor,             *        No. 21-1545V
                                        *
                  Petitioner,           *
                                        *        Special Master Christian J. Moran
v.                                      *
                                        *        Filed: May 29, 2024
SECRETARY OF HEALTH                     *
AND HUMAN SERVICES,                     *
                                        *
                  Respondent.           *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On May 8, 2024, petitioner moved to dismiss the case pursuant to Vaccine Rule 21(a). On May 29, 2024, a status conference was held during which petitioner's counsel confirmed that petitioner did not want a judgment and wanted to conclude the case definitively. Petitioner does not intend to file an action in state court.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[1] [1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this Order on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.